1044

No. 11–6883. BOOKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6892. JEFFERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6894. MUNOZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6900. MIRANDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6902. OWENS v. HARRINGTON. C. A. 9th Cir. Certiorari denied.

No. 11–6906. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6907. CARBAJAL SANCHEZ, AKA TAPIA, AKA MARTINEZ-RUIZ, AKA SANCHEZ-CARBAJAL, AKA CARBAJAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6909. BENNETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6910. BENTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6911. BUCK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6915. TORRES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6916. WHEELER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6920. ASIFO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6921. BICUNA-RIOS, AKA RIOS BICUNA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.